**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tadd Gilleo | : | |
| | : | Case No.: 20-12448-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Debtor's *Motion to Vacate Order Dismissing Case* and respectfully request that the Order attached to the Motion be entered.

Dated: September 12, 2022               /s/ Brad J. Sadek, Esquire
                                        Brad J. Sadek, Esquire
                                        Sadek and Cooper Law Offices, LLC
                                        1500 JFK Boulevard, Suite #220
                                        Philadelphia, Pa 19102
                                        brad@sadeklaw.com
                                        215-545-0008