IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Tadd Gilleo | : | Chapter 13 |
| | : | Case No.: 20-12448-AMC |
|    Debtor(s) | : | |

**O R D E R**

AND NOW, this ____ day of _____ 2022, upon consideration of the Motion to Vacate the Order Dismissing the Chapter 13 Case, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order Dismissing the Chapter 13 Case is hereby VACATED.

**Date: September 13, 2022**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE